**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Frederick Marion BARTON,**
**Jr., Petitioner**

**No. 366 MAL 2017**

Supreme Court of Pennsylvania.

October 12, 2017

### ORDER

PER CURIAM

**AND NOW,** this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**Jean COULTER, Petitioner**

v.

**Alexander H. LINDSAY Jr., Lindsay**
**Law Firm, Joseph Victor Charlton**
**and Patricia Lindsay, Respondents**

**No. 198 WAL 2017**

Supreme Court of Pennsylvania.

October 12, 2017

### ORDER

PER CURIAM

**AND NOW,** this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**F.A. INVESTMENT GROUP INC., F.A.**
**Realty Investors Corp. and Information**
**Management Group, Inc., Petitioners**

v.

**CITY OF PHILADELPHIA,**
**Respondent**

**No. 251 EAL 2017**

Supreme Court of Pennsylvania.

October 12, 2017

### ORDER

PER CURIAM

**AND NOW,** this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**